**Spiros Pappas, appellee, v. R. L. Langford, appellant. Gen. No. 28,456.**

Action for personal injuries sustained in automobile collision between plaintiff's and defendant's automobiles. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed with a finding of fact. Opinion filed December 10, 1923.

Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and John W. Fisher, of counsel. John J. Lupe, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Henry Black, appellee, v. Louis Hymen and Charles Hymen, trading as Hymen Brothers, appellants. Gen. No. 28,483.**

Breach of contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

M. M. Jacobs, for appellants. Eisendrath & Solomon, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Herman J. Berghoff, appellee, v. Walter B. Anderson and William H. Terrell, trading as Anderson & Terrell, appellants. Gen. No. 28,495.**

Suit for possession of premises held on lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Ellis & Westbrooks, Richard E. Westbrooks, James S. Winfrey, W. Chester Kitchen and Franklin A. Lovelace, for appellants; Harris B. Gaines, of counsel. Julian Clay Risk, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Ira J. Webster Company, Inc., appellant, v. T. Braude and J. Braude, copartners, trading as Overland Shoe Company, appellees. Gen. No. 28,504.**

Suit for purchase price of consignment of shoes, rejected by vendee as not being according to sample. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

J. J. Moser, for appellant. Aaron Soble, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.